1  NORMAN J. WATKINS – SBN 87327
   nwatkins@lynberg.com
2  PANCY LIN – SBN 239684
   plin@lynberg.com
3  **LYNBERG & WATKINS**
   A Professional Corporation
4  1100 Town & Country Road, Suite 1450
   Orange, California 92868
5  (714) 937-1010 Telephone
   (714) 937-1003 Facsimile
6

7  Attorneys for Defendant, COUNTY OF ORANGE and Defendant/Counterclaimant
   DILLON P. ALLEY
8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| JAMES MICHAEL CRAWFORD, | CASE NO. 8:16-cv-01503-DOC (DFM) |
|---|---|
| Plaintiff, | *Assigned for All Purposes to:*<br>*Hon. David O. Carter – Crtrm. 9C* |
| vs. | **ORDER RE PROTECTIVE ORDER** |
| COUNTY OF ORANGE, DILLON P. ALLEY and DOES 1 through 10, inclusive, | [Discovery Document: Referred to Magistrate Judge Douglas F. McCormick] |
| Defendant. | *Trial Date:  December 19, 2017* |
| | *Complaint filed: August 15, 2016* |
| DILLON P. ALLEY, | |
| Counterclaimant, | |
| vs. | |
| JAMES MICHAEL CRAWFORD, | |
| Counterdefendant. | |

/ / /

/ / /

1
**ORDER RE PROTECTIVE ORDER**

## **ORDER**

In light of the Non-Opposition filed by Plaintiff's counsel, and good cause appearing therefor, the Court now adopts Defendants' Proposed Order for Protective Order and enters the same as an **ORDER** of the Court.

IT IS SO ORDERED.

Dated: October 17, 2017

_____
Hon. Douglas F. McCormick
United States Magistrate Judge