# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL CRAWFORD,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ORANGE, DILLON P. ALLEY and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO. 8:16-cv-01503-DOC (DFM)<br><br>*Assigned for All Purposes to:*<br>*Hon. David O. Carter – Crtrm. 9D*<br><br>**JUDGMENT** |
| DILLON P. ALLEY,<br><br>Counterclaimant,<br><br>vs.<br><br>JAMES MICHAEL CRAWFORD,<br><br>Counterdefendant. | |

/ / /

/ / /

/ / /

This action came on regularly for trial on April 10, 2018, in Courtroom 9D of the United States District Court, Central District of California located at 411 Fourth Street, Santa Ana, California, the Honorable David O. Carter, presiding.

Plaintiff/Counterdefendant James Michael Crawford appeared by attorney Jerry L. Steering. Defendant County of Orange and Defendant/Counterclaimant Dillon P. Alley appeared by attorneys Norman J. Watkins, Pancy Lin, and Rosemary Do. A jury of seven persons was regularly impaneled and sworn.

After hearing all of the evidence, the Court duly instructed the jury, and the cause was submitted to the jury. On April 17, 2017, the jury returned to the Court a unanimous Special Verdict as follows:

**QUESTION NUMBER 1:**

Did Dillon Alley commit a battery against James Crawford?

Yes __X__ No _____

Please answer the next question.

**QUESTION NUMBER 2:**

Did James Crawford commit a battery against Dillon Alley?

Yes __X__ No _____

Please answer the next question.

**QUESTION NUMBER 3:**

Did Dillon Alley use excessive force on James Crawford?

Yes _____ No __X__

Please answer the next question.

/ / /

/ / /

**QUESTION NUMBER 4:**

Did Dillon Alley violate James Crawford's right to free speech?

Yes _____ No __X__

Please answer the next question.

**QUESTION NUMBER 5:**

If you answered yes to Question Number 1, 3, or 4, state the amount of damages suffered by James Crawford.

$ ___15,215.88___

Please answer the next question.

**QUESTION NUMBER 6:**

If you answered yes to Question Number 2, state the amount of damages suffered by Dillon Alley?

$ ___11,400.00___

Please answer the next question.

**QUESTION NUMBER 7**

If you answered yes to Question Number 1, 3, or 4, do you find that Dillon Alley acted with malice, oppression, or in reckless disregard of James Crawford's constitutional rights?

Yes _____ No __X__

Please answer the next question.

**QUESTION NUMBER 8**

If you answered yes, state the amount of punitive damages for James Crawford against Dillon Alley.

$ __0__ N/A

3
**JUDGMENT**

Please answer the next question.

**QUESTION NUMBER 9**

If you answered yes to Question Number 2, do you find that James Crawford acted with malice, oppression, or fraud against Dillon Alley?

Yes __X__   No _____

Please answer the next question.

**QUESTION NUMBER 10**

If you answered yes, state the amount of punitive damages for Dillon Alley against James Crawford.

$ __250,000.00__

NOW, THEREFORE, **IT IS ORDERED, ADJUDGED, AND DECREED** as follows:

1. Plaintiff James Michael Crawford will have Judgment entered in his favor and against Defendant County of Orange and Defendant/Counterclaimant Dillon P. Alley in the amount of $15,215.88;

2. Defendant/Counterclaimant Dillon P. Alley will have Judgment entered in his favor and against Plaintiff James Michael Crawford in the amount of $261,400.00;

3. The prevailing party(ies) may recover their costs of suit in accordance with applicable law; and

4. That this matter be, and hereby is, dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: April 25, 2018

By: *David O. Carter*
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

4
**JUDGMENT**